IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    v.

STEPHEN BARNES

Magistrate's No. 18-621M

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1.    Your Affiant is an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2.    I am currently employed as a Task Force Officer (TFO) with the Drug Enforcement Administration ("DEA"), Philadelphia Field Division, Pittsburgh, Pennsylvania, Group 62, and have been in this position since November 2016.  Prior to becoming a Task Force Officer, I was a police officer with the West Homestead Borough Police Department, for more than 17 years, where, for two of those years, I served in the Narcotics Unit.  As part of my duties, I am authorized to conduct investigations of persons who engage in drug trafficking offenses; specifically, the unlawful distribution of controlled dangerous substances in violation of Title 21 United States Code, Sections 841 and 846.  I have obtained the information below through my direct involvement in this investigation and through other DEA Special Agents, Task Force Officers, and the Pennsylvania Attorney General's Office Detectives.

3.    Your Affiant has been involved in narcotics related arrests and the execution of search warrants which resulted in the seizure of narcotics and assisted in the supervision of activities of informants who provided information and assistance resulting in drug buys.  During the course of Your Affiant's training and experience, Your Affiant has become familiar with the

methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies. In the course of conducting these investigations, Your Affiant has been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses, conducting physical surveillance, conducting and participating in short-term and long-term undercover operations including reverse undercover drug operations, consensual monitoring and recording of both telephonic and non-telephonic communications, analyzing pen register data, conducting court-authorized wire and oral interception electronic surveillance, and preparing and executing search warrants which have led to substantial seizures of narcotics, firearms, contraband, and evidence of criminal activity.

4.      During the first week of May 2018, under the direction of DEA and the Attorney General's Office, an undercover purchase of heroin was made from BARNES. During this undercover purchase, BARNES provided the undercover agent with approximately 28 grams of raw heroin. In addition, BARNES discussed with the undercover agent that he would be obtaining additional amounts of narcotics to provide to the undercover agent at a later time. BARNES indicated to the undercover agent that these drugs would be available to the undercover agent by the end of the next week. NOTE: Agents field tested this suspected heroin, and the sample tested positive for the presence of heroin.

5.      On May 10, 2018, during the continuing investigation with the Attorney General's Office, agents developed information that BARNES would be traveling "east" in order to obtain large amounts of drugs for distribution in the Pittsburgh, Pennsylvania area. Your Affiant has learned from this ongoing investigation that BARNES typically makes trips to the Philadelphia, Pennsylvania area or to the New York/Pennsylvania border to meet his drug source of supply to obtain large amounts of drugs, specifically heroin and cocaine. Your Affiant, along with other

agents, conducted surveillance on BARNES between March 10, 2018 and March 11, 2018 and monitored his path of travel. Your Affiant and other agents observed that, at approximately midnight, on May 11, 2018, BARNES began traveling eastbound and continued to the area of the Pennsylvania and New York border on Interstate 80. Shortly thereafter, BARNES began traveling back in the same direction, westbound toward Pittsburgh, Pennsylvania. Your Affiant and other agents then contacted the Pennsylvania State Police and coordinated a traffic stop on BARNES and his vehicle.

6.      At approximately 10:53 am, the Pennsylvania State Police notified Your Affiant that BARNES was traffic-stopped in the 7300 Block of State Route 22, near the intersection of Lake Drive and Fennel Town Road, outside of the Blairsville, Pennsylvania area. As the Pennsylvania State Police approached the vehicle, the Trooper immediately smelled the odor of marijuana, and the Trooper stated that it appeared as if BARNES may not stop the vehicle completely, due to his vehicle rocking in a manner where it may attempt to drive away. At this time, the Pennsylvania State Police placed BARNES under arrest, and detained him in their patrol vehicle. Pennsylvania State Police searched BARNES's vehicle. During the course of this search, the Pennsylvania State Police located approximately 296 bricks of heroin in the trunk of the vehicle, further contained in a plastic grocery bag. It should be noted that BARNES was the sole operator and occupant of the vehicle.

7.      On May 11, 2018, DEA Agents field tested the suspected heroin and the drug tested positive for the presence of heroin.

8.      Your Affiant submits that there is probable cause to arrest Stephen BARNES for

offenses which include violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i) on or about May

11, 2018.

The above information is true and correct to the best of my knowledge, information and

belief.

Daniel Kinzel
Task Force Officer
Drug Enforcement Administration (DEA)

Sworn and subscribed before me,
this 11th day of May, 2018.

Lisa Pupo-Lenihan
United States Magistrate Judge